IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
CENTRAL EUROPEAN DISTRIBUTION : Case No. 13-10738
CORPORATION, et al., :
: Joint Administration Pending
Debtors.[1] :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on April 7, 2013, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed: (1) the Amended and Restated Offering Memorandum, Consent Solicitation Statement and Disclosure Statement Soliciting Acceptances of a Prepackaged Plan of Reorganization, dated March 8, 2013 (the "Amended Offering Memorandum and Disclosure Statement"), attached hereto as Exhibit A; (2) Supplement No. 1 to the Amended and Restated Offering Memorandum, Consent Solicitation, and Disclosure Statement Soliciting Acceptances of a Prepackaged Plan of Reorganization, dated March 18, 2013 (the "Offering Memorandum and Disclosure Statement Supplement"), attached hereto as Exhibit B; (3) the Annex to the Offering Memorandum and Disclosure Statement Supplement for Class 3A RTL Credit Facility Claims under the Plan (the "Class 3A Annex"), attached hereto as Exhibit C; and (4) the Annex to the Offering Memorandum and Disclosure Statement Supplement for Class 5 RTL Notes Claims under the Plan (the "Class 5 Annex" and, together with the Amended Offering Memorandum and Disclosure Statement, as it may be

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Central European Distribution Corporation (5271), CEDC Finance Corporation International, Inc. (0116), and CEDC Finance Corporation LLC (7136). The address for each of the Debtors is 3000 Atrium Way, Suite 265, Mt. Laurel, NJ 08054.

amended or supplemented from time to time, the Offering Memorandum and Disclosure Statement Supplement, and the Class 3A Annex, the "Disclosure Statement"), attached hereto as Exhibit D.

Dated: Wilmington, Delaware
April 7, 2013

                                           /s/ Mark S. Chehi
                                           Mark S. Chehi (I.D. No. 2855)
                                           Sarah E. Pierce (I.D. No. 4648)
                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                           One Rodney Square
                                           P.O. Box 636
                                           Wilmington, Delaware 19899-0636
                                           (302) 651-3000
                                           (302) 651-3001

                                           – and –

                                           Jay M. Goffman
                                           Mark A. McDermott
                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                           Four Times Square
                                           New York, New York 10036-6522
                                           (212) 735-3000
                                           (212) 735-2000

                                           Proposed Counsel for Debtors and Debtors in Possession